IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-308-JEC-RGV |
| GUSTAVO ANDRES PEREZ, et al., | |
| Defendants. | |

### ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [45] recommending denying defendants' Motion to Suppress Evidence and Statements [27, 46]. On May 8, 2014, defendant Mario H. Jaramillo filed Objections [52] to the Report and Recommendation [45]. The Court has reviewed the Final Report and Recommendation [45] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [45] **DENYING** defendants' Motion to Suppress Evidence and Statements [27, 46].

The Court sets down the case for trial on **Monday, July 28, 2014.** As a visiting judge will likely try this case, and to avoid inconvenience to the latter should the case not be ready to be tried, the Court directs the parties to advise as soon as possible, and no

later than **July 9, 2014**, whether they anticipate a resolution of the case via a guilty plea or plea agreement (and how much time is needed for plea negotiations) or whether they seek a continuance of the trial date.

    SO ORDERED this 1st day of July, 2014.

                                        /s/ Julie E. Carnes
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE